JERRELL *v.* THE ETCHISON DITCHING ASSOCIATION.

DITCHES AND DRAINS.—*Action to Collect Assessment.—Complaint.*—An assessment for ditching purposes is the basis of an action to enforce its collection, and, unless it be made part of the complaint in such an action, the complaint will be insufficient on demurrer.

From the Madison Circuit Court.

*D. Moss, J. W. Sansberry, E. B. Goodykoontz* and *J. A. Harrison,* for appellant.

*M. S. Robinson, J. W. Lovett* and *W. March,* for appellee.

PERKINS, J.—Complaint to enforce the alleged lien of a ditching assessment.

Demurrer to the complaint, for want of facts, overruled, and exception reserved.

Decree below for the appellee.

The assessment was the foundation of the action, and a copy of it should have been filed as an exhibit, with the complaint. *West* v *The Bullskin, etc., Ditching Co.*, 19 Ind. 458; *Etchison Ditching Association* v. *Hillis*, 40 Ind. 408; *Alkire* v. *The Timmons Ditching Co.*, 51 Ind. 71; *Alspaugh* v. *The Ben Franklin Draining Association*, 51 Ind. 271.

A copy of the assessment was not filed.

The complaint was fatally defective on demurrer.

The overruling of the demurrer to the complaint is assigned for error in this court.

The court erred in overruling the demurrer to the complaint.

The judgment is reversed, with costs, and the cause remanded for further proceedings.